IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JARED A. ROSE,

      Plaintiff,                             Case No. 2:11-cv-1392 DAD

    v.

MICHAEL J. ASTRUE,                    <u>ORDER</u>
Commissioner of Social Security,

      Defendant.
_____/

      Plaintiff has requested authority under 28 U.S.C. § 1915 to proceed in forma pauperis. Plaintiff's mother, Lisa Rose, has submitted an affidavit declaring that she supports four children, including plaintiff, with income from SSI, SSA, and TANF. The affidavit makes the showing required by § 1915(a) that plaintiff is unable to prepay fees and costs or give security for them. Accordingly, the request to proceed in forma pauperis will be granted.

      In accordance with the above, IT IS HEREBY ORDERED that:

      1. Plaintiff's application to proceed in forma pauperis is granted.

      2. The Clerk of the Court is directed to issue process and to serve upon plaintiff the undersigned's Scheduling Order and Order re Consent or Request for Reassignment for social security cases.

/////

1        3. The Clerk of the Court is further directed to serve a copy of this order upon the
2   United States Marshal.
3        4. Within fourteen (14) days from the date of this order, plaintiff shall submit to
4   the United States Marshal a completed summons, a completed USM-285 form, sufficient copies
5   of the summons and complaint for service of process in accordance with Federal Rule of Civil
6   Procedure 4(i), and sufficient copies of the Scheduling Order and Order re Consent or Request
7   for Reassignment issued in this case.  Information regarding the number of copies currently
8   required by the United States Marshal may be obtained from the United States Marshals Service,
9   501 I Street, Suite 5600, Sacramento, CA 95814 (tel. 916-930-2030).
10       5. Within five (5) days after submitting the necessary documents to the United
11  States Marshal for service or process, plaintiff shall file in this court a declaration stating the date
12  on which the documents were submitted to the United States Marshal.  Failure to file a timely
13  declaration may result in an order imposing appropriate sanctions.
14       6. The United States Marshal is directed to serve process and copies of the
15  undersigned's Scheduling Order and Order re Consent or Request for Reassignment without
16  prepayment of costs not later than sixty (60) days from the date of this order.  Service of process
17  shall be completed by delivering all necessary documents to the United States Attorney for the
18  Eastern District of California and by sending copies of the summons, complaint and court orders
19  by registered or certified mail to the Attorney General of the United States at Washington, D.C.
20  See Fed. R. Civ. P. 4(i)(1)(A) & (B).  Copies of the summons, complaint and court orders shall
21  also be served by registered or certified mail on the Commissioner of Social Security, c/o Office
22  /////
23  /////
24  /////
25  /////
26  /////

1. of General Counsel, 6401 Security Boulevard, Room 611, Altmeyer Building, Baltimore, MD
2. 21235. <u>See</u> Fed. R. Civ. P. 4(i)(2).
3. DATED: October 14, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
ddad1/orders.socsec/rose1392.ifp