IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JARED A. ROSE,                              Civil No.  11-cv-1392-DAD

      Plaintiff,

  v.

COMMISSIONER OF SOCIAL SECURITY     ORDER

      Defendant.

_____,

After considering the PLAINTIFF'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO SUBMIT PLAINTIFF'S BRIEF it is hereby ORDERED that an extension to and including May 22, 2012 be granted.

IT IS SO ORDERED.

DATED: May 4, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DDAD1\orders.soc sec
rose1392.eot.ord.wpd