IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JARED A. ROSE,

      Plaintiff,                                Case No. 2:11-cv-1392 DAD

     v.

CAROLYN W. COLVIN,                          ORDER
Commissioner of Social Security,

      Defendant.

        This social security action was submitted to the court without oral argument for ruling on plaintiff's motion for summary judgment and defendant's cross-motion for summary judgment.

        However, upon review of plaintiff's pending motion and defendant's cross-motion it appears clear that plaintiff is a minor and is proceeding without a guardian ad litem.[1]  In this regard, it appears that the minor plaintiff's mother completed the in forma pauperis application that was granted by the court ((Doc. No. 2), but no motion for the appointment of a guardian ad litem was submitted by plaintiff's counsel.  Because plaintiff is a minor this action cannot proceed without the appointment of a guardian ad litem.  See FED. R. CIV. PRO. 17(c); see also

---

[1] The administrative record indicates that plaintiff's date of birth is August 10, 1995. (Transcript at 23.)

1

Watson v. County of Santa Clara, 468 F. Supp.2d 1150, 1155 (N.D. Cal. 2007); Local Rule 202.

        Accordingly, IT IS HEREBY ORDERED that plaintiff file a motion for appointment of a guardian ad litem within fourteen days of the date of this order. After the court has ruled on that motion, plaintiff's motion for summary judgment (Doc. No. 18) and defendant's cross-motion for summary judgment will be re-submitted for decision.

DATED: March 13, 2013.

                                    /s/ Dale A. Drozd
                                    DALE A. DROZD
                                    UNITED STATES MAGISTRATE JUDGE

DAD:6
ddad1/orders.soc sec/rose1392.gal.ord