1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JARED A. ROSE,

11          Plaintiff,                    Case No. 2:11-cv-1392 DAD

12      v.

13   CAROLYN W. COLVIN,                   <u>ORDER</u>
     Commissioner of Social Security,
14
            Defendant.
15   _____/

16          This social security action was submitted to the court without oral argument for

17   ruling on plaintiff's motion for summary judgment and defendant's cross-motion for summary

18   judgment.

19          Upon review of plaintiff's pending motion and defendant's cross-motion it

20   appeared clear to the court that plaintiff is a minor and was proceeding in this action without a

21   guardian ad litem.[1]  Accordingly, on March 13, 2013 the undersigned ordered plaintiff, who is

22   represented by counsel, to file a motion for the appointment of a guardian ad litem within

23   fourteen days.  (Doc. No. 21.)  However, as of this date plaintiff has not filed the motion for the

24   /////

25   _____

26          [1]  The administrative record before the court indicates that plaintiff's date of birth is
     August 10, 1995.  (Transcript at 23.)

appointment of a guardian ad litem as directed not has plaintiff's counsel responded to the court's order in any way.

Because plaintiff is a minor this action cannot proceed without the appointment of a guardian ad litem.  See FED. R. CIV. PRO. 17(c); see also Watson v. County of Santa Clara, 468 F. Supp.2d 1150, 1155 (N.D. Cal. 2007); Local Rule 202.  Therefore, the undersigned will stay this action until such time as a guardian ad litem can be appointed.

Accordingly, IT IS HEREBY ORDERED that this action is stayed.[2]

DATED: March 28, 2013.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
ddad1/orders.soc sec/rose1392.stay.ord

---

[2] If plaintiff fails to file a motion for the appointment of a guardian ad litem within thirty days of the date of this order the undersigned will issue an order to show cause as to why this action should not be dismissed for lack of prosecution.