IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JARED A. ROSE,

    Plaintiff,       Case No. 2:11-cv-1392 DAD

    v.

CAROLYN W. COLVIN,      <u>ORDER</u>
Commissioner of Social Security,

    Defendant.
_____/

    This social security action was submitted to the court without oral argument for ruling on plaintiff's motion for summary judgment and defendant's cross-motion for summary judgment.

    Upon review of plaintiff's pending motion and defendant's cross-motion it appeared clear to the court that plaintiff is a minor and was proceeding in this action without a guardian ad litem.[1] Accordingly, on March 13, 2013 the undersigned ordered plaintiff, who is represented by counsel, to file a motion for the appointment of a guardian ad litem within fourteen days. (Doc. No. 21.) However, as of this date plaintiff has not filed the motion for the

/////

---

[1] The administrative record before the court indicates that plaintiff's date of birth is August 10, 1995. (Transcript at 23.)

1

1 appointment of a guardian ad litem as directed not has plaintiff's counsel responded to the
2 court's order in any way.

3       Because plaintiff is a minor this action cannot proceed without the appointment of
4 a guardian ad litem.  See FED. R. CIV. PRO. 17(c); see also Watson v. County of Santa Clara, 468
5 F. Supp.2d 1150, 1155 (N.D. Cal. 2007); Local Rule 202.  Therefore, the undersigned will stay
6 this action until such time as a guardian ad litem can be appointed.

7       Accordingly, IT IS HEREBY ORDERED that this action is stayed.[2]

8 DATED: March 28, 2013.

                                                   _____
                                                   DALE A. DROZD
                                                   UNITED STATES MAGISTRATE JUDGE

14 DAD:6
ddad1/orders.soc sec/rose1392.stay.ord

---

[2] If plaintiff fails to file a motion for the appointment of a guardian ad litem within thirty days of the date of this order the undersigned will issue an order to show cause as to why this action should not be dismissed for lack of prosecution.

2