IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JARED A. ROSE,

        Plaintiff,                        Case No. 2:11-cv-1392 DAD

    v.

CAROLYN W. COLVIN,                  <u>ORDER TO SHOW CAUSE</u>
Commissioner of Social Security,

        Defendant.
_____/

        On March 13, 2013, the court ordered plaintiff, a minor who is represented by counsel, to file a motion for the appointment of a guardian ad litem within fourteen days. (Doc. No. 21.) After the fourteen-day period had expired and plaintiff had not responded to the March 13, 2013 order, the court stayed this action in an order filed March 29, 2013. (Doc. No. 22.) The March 29, 2013 order also cautioned plaintiff that if a motion for the appointment of a guardian ad litem was not filed within thirty days, the court would issue an order to show cause as to why this action should not be dismissed for lack of prosecution. The thirty-day period has expired and counsel for plaintiff has again failed to respond to the court's order.

        Accordingly, good cause appearing, IT IS ORDERED that plaintiff shall show cause in writing within fourteen days of the date of this order why this case should not be

1

1  dismissed for lack of prosecution.  Failure to <u>timely</u> file the required response may result in the
2  dismissal of this action.
3  DATED: July 8, 2013.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

7  DAD:6
   ddad1/orders.soc sec/rose1392.osc